November 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

RUSSELL EVANS AND TERRIE EVANS, Appellants

NO. 14-12-01053-CV                    V.

CASEY DAVIS AND HAPPY HIDE-A-WAY CIVIC CLUB, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Casey Davis and Happy Hide-A-Way Civic Club, Inc., signed October 11, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment and awarding statutory fines and damages in favor of appellee Happy Hide-A-Way Civic Club, Inc., and by dismissing appellants' claims against Happy Hide-A-Way Civic Club, Inc. We therefore order these portions of the judgment **REVERSED**, and the case is **REMANDED** for further proceedings in accordance with this court's opinion.

We find no error in the portion of the trial court's judgment dismissing appellants' claims against appellee Casey Davis, and we order it **AFFIRMED**.

We order appellee Happy Hide-A-Way Civic Club, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.